MATTER OF SAMUEL

In Visa Petition Proceedings

A-17729882

*Decided by District Director September 14, 1967*

Beneficiary, who has the equivalent of a master's degree in psychology (the minimum educational requirement for professional employment in clinical psychology) plus four years of experience as a clinical psychologist, is a member of the professions within the meaning of section 101(a) (32) of the Immigration and Nationality Act, as amended, and is eligible for preference classification under section 203(a) (3) of the Act, as amended, as a clinical psychologist.

**Discussion:** The petition was filed to accord third preference classification to the beneficiary as a member of the professions based upon his qualifications as a clinical psychologist. The beneficiary is a male, native and citizen of Pakistan, age 40, presently residing in Downsview, Ontario, Canada, with his wife and five children.

The beneficiary received a master's degree in psychology in 1951 from the University of the Panjab, Lahore, Pakistan, and was also awarded a diploma in psychology from the University of Glasgow, Glasgow, Scotland in 1963. He was employed as a clinical psychologist at the Glasgow Royal Mental Institute, Glasgow, Scotland from August 1963 to July 1964 at the Warlingham Park Group of Hospitals, Warlingham, England from August 1964 to February 1966 and at the Clarke Institute of Psychiatry, Toronto, Canada from February 1966 to date. The beneficiary has stated his intention to engage in his profession as a clinical psychologist in the United States.

It has been determined that the beneficiary has the equivalent of a master's degree in psychology from an accredited college or university in the United States plus four years of experience as a clinical psychologist. A Labor certification pursuant to section 212(a) (14) of the Act, as amended, has been issued by the Secretary of Labor.

Clinical psychologists are listed among professional and kindred occupations under code 045.108 in the Dictionary of Occupational Titles, Volume I, Third Edition, prepared by the Department of Labor. Clinical psychologists diagnose mental and emotional disorders

of individuals, administer programs of treatment, and interview patients in clinics, hospitals, prisons and other institutions. They study medical and social case histories and formulate plans of treatment. They treat psychological disorders to effect improved adjustments utilizing various psychological techniques, such as milieu therapy, psychodrama, and play therapy. Psychologists may collaborate with psychiatrists and other specialists in developing treatment programs for patients. Clinical psychologists may serve as consultants to social, welfare, educational and other agencies on individual cases or in evaluation, planning, and development of health programs. The Occupational Outlook Handbook, 1966-1967 Edition, of the United States Department of Labor, states that, generally, the master's degree with a major in psychology is the minimum educational requirement for professional employment in the field.

Section 101(a)(32) of the Act, as amended, sets forth that "The term 'profession' shall include but not be limited to architects, engineers, lawyers, physicians, surgeons, and teachers in elementary or secondary schools, colleges, academies, or seminaries." A clinical psychologist is not specifically named in section 101(a)(32) of the Act as a member of the profession.

However, the high education required for entry into this field is comparable to the degree of education required for the professions named in section 101(a)(32), *supra*. Accordingly, it is concluded that the beneficiary as a clinical psychologist is a qualified member of the professions.

ORDER: It is ordered that the petition be approved and the beneficiary accorded third preference classification under section 203(a)(3) of the Immigration and Nationality Act, as amended.